IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-01108-RBJ-KLM

ROBERT DALE SHEPARD,

    Plaintiff,

v.

PATRICIA RANGEL, ADX General Population Unit Manager, individually,
DAVID FOSTER, ADX Counselor, individually,
FNU GEORGE, ADX Correctional Officer, individually,
FNU SHEPHERD, ADX Correctional Officer, individually,
FNU ROY, ADX Correctional Officer, individually,
JOHN DOE #1G, whose true name is unknown, ADX Correctional Officer, individually, and
JOHN DOE # 2G, whose true name is unknown, ADX Correctional Officer, individually,

    Defendants.
_____

## MINUTE ORDER
_____

### ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX

    This matter is before the Court on Plaintiff's **Motion for Order** [Docket No. 54; Filed November 29, 2012] (the "Motion").  In the Motion, Plaintiff seeks a copy of the Minute Order [#38] granting his request for an extension of time to file a Response to Defendant Patricia Rangel's Motion to Dismiss [#20] and a copy of Defendant Joshua George's Motion to Dismiss [#42]. The Court notes that both of these Motions to Dismiss [#20, #42]  as well as Defendant Darren Foster's Motion to Dismiss [#39] and Defendant Daniel Shepherd's Motion to Dismiss [#40], were denied as moot in a Minute Order [#45] dated November 9, 2012.  However, as a one-time courtesy to Plaintiff,

    IT IS HEREBY **ORDERED** that the Motion [#54] is **GRANTED**.  Accordingly,

    IT IS FURTHER **ORDERED** that the Clerk of the Court shall send a copy of Docket Nos. 38, 42, and 45 to Plaintiff at his address listed on the electronic docket.

    Dated:  December 3, 2012