## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-01108-RBJ-KLM

ROBERT DALE SHEPARD, #04574-088

      Plaintiff,

v.

PATRICIA RANGEL, ADX General Population Unit Manager, individually and in her official capacity;
DARREN FOSTER, ADX Counselor, individually and in his official capacity;
JOSHUA GEORGE, ADX Correctional Officer, individually and in his official capacity;
DANIEL SHEPHERD, ADX Correctional Officer, individually and in his official capacity; and
FEDERAL BUREAU OF PRISONS,

      Defendants.

---

## ORDER GRANTING STIPULATION FOR DISMISSAL OF
## JOSHUA GEORGE WITH PREJUDICE

---

**THIS MATTER** having come before the Court, the Court having received and reviewed the Stipulation for Dismissal of Joshua George with Prejudice and the file, and being fully advised in the premises, the Court hereby

**ORDERS** that the Stipulation for Dismissal of Joshua George with Prejudice is GRANTED.   Plaintiff's claims against Joshua George are hereby dismissed with prejudice. Each party is to bear their own attorney fees and costs as agreed between the parties.

Dated this 25th day of January, 2013.

BY THE COURT:

_____
R. Brooke Jackson
United States Magistrate Judge