IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-01108-RBJ-KLM

ROBERT DALE SHEPARD,

    Plaintiff,

v.

PATRICIA RANGEL, ADX General Population Unit Manager, in her official and individual capacities,
DARREN FOSTER, ADX Counselor, in his official and individual capacities,
DANIEL SHEPHERD, ADX Correctional Officer, in his official and individual capacities, and
FEDERAL BUREAU OF PRISONS,

    Defendants.

_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Defendant Joshua George's ("George") **Motion to Dismiss Plaintiff's Amended Complaint** [Docket No. 51; Filed November 29, 2012] (the "Motion"). On January 25, 2013, the District Judge dismissed Defendant George from this matter, with prejudice [#78]. Accordingly,

    IT IS HEREBY **ORDERED** that the Motion [#51] is **DENIED as moot**.

    Dated: February 8, 2013