IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-01108-RM-KLM

ROBERT DALE SHEPARD,

    Plaintiff,

v.

PATRICIA RANGEL, ADX General Population Unit Manager, in her official and individual capacities,
DARREN FOSTER, ADX Counselor, in his official and individual capacities,
DANIEL SHEPHERD, ADX Correctional Officer, in his official and individual capacities, and
FEDERAL BUREAU OF PRISONS,

    Defendants.

_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Plaintiff's untitled **Motion for Order** [Docket No. 103; Filed July 26, 2013] (the "Motion"). In the Motion, Plaintiff seeks an update on the status of his case.

    IT IS HEREBY **ORDERED** that the Motion [#103] is **GRANTED**. Plaintiff is informed that the undersigned issued a Recommendation of United States Magistrate Judge [#89] on March 25, 2013.[1] Several Objections and Responses were thereafter filed by the parties [#91, #96, #98, #99, #100]. In due course, the District Judge will issue an Order regarding the Recommendation [#89].

    Dated: August 1, 2013

---

[1] In the Motion, Plaintiff acknowledges receipt of the Recommendation. [#103] at 1.